

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, NY 11201*

April 15, 2022

**BY ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Make the Road New York et al. v. U.S. Department of Homeland Security et al.*, No. 19-cv-4607 (Cogan, J.)

Dear Judge Cogan:

    This Office represents Defendants U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"), and Executive Office of Immigration Review ("EOIR") (collectively, "Defendants") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

    By way of background, the parties appeared for a status conference in this case on March 17, 2022.  *See* Minute Entry and Order (Mar. 18, 2022).  The Court ordered Defendant to file a motion for summary judgment by April 17, 2022, and for Plaintiffs to respond by May 17, 2022.  *See id.*

    The parties jointly inform the Court that they have reached a settlement in principle of this action, subject to final agency approval, that would end this litigation.  As a result of this contemplated settlement, the parties respectfully request that the Court adjourn *sine die* the deadlines for the motion for summary judgment.  *See* Minute Entry and Order (Mar. 18, 2022).

    The parties intend to promptly finalize settlement paperwork in this matter and will then submit a stipulation and proposed order of dismissal for the Court's endorsement.

    Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney
Eastern District of New York

By: */s/ Ekta R. Dharia*
EKTA R. DHARIA
Assistant United States Attorney
(718) 254-7520
ekta.dharia@usdoj.gov

cc: All Counsel of Record (By ECF)

2