UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MAKE THE ROAD NEW YORK and CENTER FOR
CONSTITUTIONAL RIGHTS,

                              Plaintiffs,

            v.                                Civil Action No.
                                                            19-cv-4607

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, UNITED STATES CITIZENSHIP AND        (Cogan, J.)
IMMIGRATION SERVICES, IMMIGRATION &
CUSTOMS ENFORCEMENT, and
THE EXECUTIVE OFFICE OF IMMIGRATION
REVIEW of the UNITED STATES DEPARTMENT
OF JUSTICE,

                              Defendants.
------------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER
## OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs MAKE THE ROAD NEW YORK and CENTER FOR CONSTITUTIONAL RIGHTS (collectively, "Plaintiffs") and Defendants UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, IMMIGRATION AND CUSTOMS ENFORCEMENT, and THE EXECUTIVE OFFICE OF IMMIGRATION REVIEW OF THE DEPARTMENT OF JUSTICE (collectively, "Defendants"), by and through their respective undersigned counsel, that in accordance with the Stipulation and Agreement of Settlement and Release of All Claims, Plaintiffs' Complaint and any and all claims arising therefrom against Defendants are dismissed with prejudice pursuant to Rules 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees and disbursements, except as provided in the Stipulation and Agreement of Settlement and Release of All Claims; and

*Make the Road New York et al. v. U.S. Department of Homeland Security et al.*, 19-cv-4607 (Cogan, J.)
Stipulation of Dismissal With Prejudice
Page 2

IT IS FURTHER STIPULATED AND AGREED that no further suit will be instituted for the same causes of action that have been asserted herein or for any other causes of action arising out of the incidents or circumstances that gave rise to this suit.

Dated: May  12 , 2022
New York, New York

CENTER FOR CONSTITUTIONAL RIGHTS
*Attorney for Plaintiffs*
666 Broadway, 7th Floor
New York, New York 10012

By: _____
Baher Azmy
(212) 614-6427
bazmy@ccrjustice.org

Dated: May  17 , 2022
New York, New York

MAKE THE ROAD NEW YORK
*Attorney for Plaintiffs*
666 Broadway, 7th Floor
New York, New York 10012

By: _____
Paige Austin
Sienna Fontaine
(718) 418-7690
paige.austin@maketheroadny.org
sienna.fontaine@maketheroadny.org

Dated: May  17 , 2022
Brooklyn, New York

BREON PEACE
United States Attorney
Eastern District of New York
*Attorney for Defendants*
271-A Cadman Plaza East
Brooklyn, New York 11201

By: _____
Ekta R. Dharia
Assistant United States Attorney
(718) 254-7520
ekta.dharia@usdoj.gov

*Make the Road New York et al. v. U.S. Department of Homeland Security et al.*, **19-cv-4607 (Cogan, J.)**
**Stipulation of Dismissal With Prejudice**
**Page 3**

SO ORDERED this

_____ day of _____, 20\_\_


_____
HONORABLE BRIAN M. COGAN
United States District Judge